KENER, administrator, *v.* LA GRANGE MILLS.

FISH, C. J. An exemption in bankruptcy, made under the constitution of 1868, is subject to a judgment founded on a debt contracted prior to the adoption of such constitution. The proceedings in bankruptcy do not affect the creditor, he not having proved his debt nor otherwise submitted his claim to the bankrupt court. *Hiley* v. *Bridges*, 60 *Ga.* 375; *Shipp* v. *Smith*, 76 *Ga.* 1; *Dozier* v. *McWhorter*, 113 *Ga.* 584 (39 S. E. 106).

(*a*) Applying the ruling above announced to the facts as agreed upon in the present case, the court did not err in rendering the judgment of which complaint is made.     *Judgment affirmed. All the Justices concur.*

FEBRUARY 17, 1911.

Complaint for land. Before Judge Freeman. Troup superior court. November 30, 1909.

*W. H. Terrell*, for plaintiff.     *F. M. Longley*, for defendant.